# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT L. BERGERON

VERSUS

ANCO INSULATIONS, INC., ET AL

NO. 2021 CW 0346

**JUNE 03, 2021**

---

In Re: Anco Insulations, Inc., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 79911.

---

**BEFORE: McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**AHP**

**Holdridge, J.,** concurs. The factual issues presented in Anco Insulation Inc.'s Motion for Summary Judgment are more appropriately decided by the trier of fact at the trial on the merits.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT